FORM EDC 6–632 Order Closing Case Where Case Has Been Dismissed  (v.8.14)                                   15–26086 – D – 13G

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

Case Number:   15–26086 – D – 13G

Debtor Name(s) and Address(es):

Grayling Morial Williams
1732 E Main St
Stockton, CA 95205

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:   12/8/15

Wayne Blackwelder
Clerk of Court